# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gordon, Andrew P. | U.S. District Court, Nevada | 05/08/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

Lloyd D. George Federal Courthouse
333 Las Vegas Boulevard South, Room 6018
Las Vegas, Nevada 89101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/08/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | National Institute for Trial Advocacy - teaching | $1,800.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | ▓▓▓▓▓▓▓▓▓▓▓ - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Institute for Trial Advocacy | 10/31/18-11/3/18 | Phoenix, AZ | Teaching deposition skills | Transportation, meals |
| 2. | University of Michigan Law School | 11/8/18-11/10/18 | Amm Arbor. MI | Lecturing to law students | Transportation, meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/08/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Trust #1 | | | | | | | | | |
| 2. - Wells Fargo Advisors LLC (Cash Accounts) | A | Interest | M | T | | | | | |
| 3. Wells Fargo (Cash Accounts) | A | Interest | M | T | | | | | |
| 4. Charles Schwab (Cash Accounts) | A | Interest | M | T | | | | | |
| 5. Microsoft Corp. stock | A | Dividend | J | T | | | | | |
| 6. Walt Disney stock | A | Dividend | K | T | Buy (add'l) | 12/20/18 | J | | |
| 7. Franklin Templeton Age-Based 529 - Age 17-18 | | None | K | T | | | | | |
| 8. iShares MSCI ETF EAFE Minimum Volatility | A | Dividend | J | T | | | | | |
| 9. Pimco Exhchange Traded Fund Intermediate Municipal Bond Exchange | C | Dividend | L | T | Sold (part) | 01/12/18 | L | B | |
| 10. | | | | | Sold (part) | 11/28/18 | J | | |
| 11. Vanguard Short Term Tax Exempt Fund Investor SHR | C | Dividend | | | Sold | 10/12/18 | N | | |
| 12. Apple | | None | J | T | | | | | |
| 13. Celgene Corp | | None | | | Sold | 11/28/18 | J | | |
| 14. Cognizant Tech Solutions Class A | | None | J | T | | | | | |
| 15. CVS Health Corp | A | Dividend | J | T | Sold (part) | 01/11/18 | J | A | |
| 16. EGShares Emerging Markets Consu ETF | A | Dividend | K | T | Sold (part) | 01/11/18 | J | A | |
| 17. | | | | | Sold (part) | 10/15/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 11/28/18 | K | | |
| 19. Google Inc. | | None | J | T | Sold<br>(part) | 01/11/18 | J | B | |
| 20. Guggenheim Bulletshares 2020 Corp Bond ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/10/18 | J | | |
| 21. | | | | | Buy<br>(add'l) | 02/10/18 | K | | |
| 22. | | | | | Sold<br>(part) | 12/21/18 | K | | |
| 23. Guggenheim S&P 500 Equalwei Tech ETF | A | Dividend | J | T | Buy<br>(add'l) | 01/11/18 | J | | |
| 24. Guggenheim S&P 500 Equalwei Con ETF | A | Dividend | J | T | Sold<br>(part) | 01/11/18 | J | | |
| 25. Guggenheim S&P 500 Equalwei Eng ETF | A | Dividend | J | T | Sold<br>(part) | 01/11/18 | J | | |
| 26. Guggenheim S&P 500 Equalwei Fin ETF | A | Dividend | J | T | Sold<br>(part) | 01/11/18 | J | A | |
| 27. Guggenheim S&P 500 Equalwei HC ETF | A | Dividend | J | T | Sold<br>(part) | 01/11/18 | J | A | |
| 28. Guggenheim S&P 500 Equalwei ETF | A | Dividend | J | T | Sold<br>(part) | 01/11/18 | J | A | |
| 29. IShares MSCI Mexico Capped ETF | A | Dividend | | | Sold | 05/10/18 | J | A | |
| 30. IShares National AMT Freemuni ETF | A | Interest | M | T | | | | | |
| 31. Qualcom Inc. | A | Dividend | J | T | | | | | |
| 32. Starbucks Corp | A | Dividend | | | Sold | 01/10/18 | K | C | |
| 33. United Healthgroup Inc. | A | Dividend | J | T | | | | | |
| 34. Valero Energy Corp | A | Dividend | J | T | Sold<br>(part) | 01/11/18 | J | B | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/10/18 | J | B | |
| 36. First Trust North American Energy ETF | A | Dividend | K | T | Buy (add'l) | 01/11/18 | J | | |
| 37. Gilead Sciences Inc | A | Dividend | J | T | Sold (part) | 10/15/18 | J | | |
| 38. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 39. Skyworks Solutions | A | Dividend | | | Sold | 08/24/18 | J | A | |
| 40. IShares ETF Ibonds Sep 2020 AMT | B | Dividend | M | T | | | | | |
| 41. Select Sector Industrial SPDR ETF | A | Dividend | K | T | Sold (part) | 01/11/18 | J | B | |
| 42. SPDR S&P Bank ETF | A | Dividend | | | Sold (part) | 01/11/18 | J | A | |
| 43. | | | | | Sold | 05/10/18 | K | D | |
| 44. Technology Select Sector | A | Dividend | K | T | | | | | |
| 45. Egshares ETF India Infastructure | A | Dividend | J | T | | | | | |
| 46. Schlumberger LTD. | A | Dividend | | | Sold (part) | 07/10/18 | J | | |
| 47. | | | | | Sold | 11/17/18 | J | | |
| 48. Western Digital Corp. | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 49. Advisershares Ranger EQY | | None | | | Sold | 01/10/18 | J | | |
| 50. Columbia India Consumer ETF | A | Dividend | J | T | | | | | |
| 51. First Trust Preferred ETF 1V | A | Dividend | | | Buy (add'l) | 01/11/18 | J | | |

| 1 Income Gain Codes: | A =$1,001 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 08/10/18 | K | A | |
| 53. First Trust UK Alphadex ETF | A | Dividend | | | Sold | 05/10/18 | J | B | |
| 54. iShares MSCI Cap Invest Ireland | A | Dividend | J | T | Buy (add'l) | 05/10/18 | J | | |
| 55. iShares MSCI Poland ETF | A | Dividend | | | Sold | 05/10/18 | J | B | |
| 56. iShares MSCI Sweden ETF | A | Dividend | J | T | Buy (add'l) | 05/10/18 | J | | |
| 57. iShares IBD DC 2022 Term MNBD ETF | A | Dividend | M | T | | | | | |
| 58. Powershares Variable Rate PRF ETF IV | A | Dividend | | | Sold | 08/10/18 | J | A | |
| 59. Select STR Financial SPDR ETF | A | Dividend | K | T | Sold (part) | 01/11/18 | J | B | |
| 60. Vanguard Consumer Staples ETF | A | Dividend | J | T | Sold (part) | 01/10/18 | J | A | |
| 61. | | | | | Sold (part) | 12/21/18 | J | | |
| 62. Vanguard Shrt Inf Prot SEC Index ETF | A | Dividend | | | Buy (add'l) | 01/11/18 | J | | |
| 63. | | | | | Sold | 12/21/18 | K | | |
| 64. Guggenheim Bullet 2022 | A | Dividend | J | T | Buy (add'l) | 01/10/18 | J | | |
| 65. Pimco 1-5 Year US Tips Index ETF | A | Dividend | J | T | Buy (add'l) | 01/11/18 | J | | |
| 66. iShares IBonds Dec. 2019 Term CRP ETF | A | Dividend | K | T | Buy | 02/07/18 | J | | |
| 67. | | | | | Buy (add'l) | 05/10/18 | J | | |
| 68. | | | | | Buy (add'l) | 08/10/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 70. iShares IBonds Dec. 2021 Term CRP ETF | A | Dividend | J | T | Buy (add'l) | 01/10/18 | J | | |
| 71. iShares IBonds Dec. 2023 Term CRP ETF | A | Dividend | J | T | Buy (add'l) | 01/10/18 | J | | |
| 72. iShares IBonds Dec. 2024 Term ETF | A | Dividend | J | T | | | | | |
| 73. ETFs Gold Trust ETF | | None | K | T | Buy (add'l) | 01/10/18 | K | | |
| 74. | | | | | Buy (add'l) | 01/11/18 | J | | |
| 75. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 76. | | | | | Sold (part) | 10/15/18 | K | | |
| 77. | | | | | Buy (add'l) | 11/28/18 | K | | |
| 78. Digital Realty Trust | A | Dividend | J | T | Buy (add'l) | 06/06/18 | J | | |
| 79. IShares MSCI EAFE Small Cap | A | Dividend | J | T | | | | | |
| 80. Powershares FTSE Intl LWBT ETF | A | Dividend | J | T | | | | | |
| 81. Vanguard Healtcare ETF | A | Dividend | | | Sold | 01/10/18 | K | C | |
| 82. ETFs Silver Trust ETF | | None | K | T | Buy (add'l) | 06/06/18 | J | | |
| 83. | | | | | Buy (add'l) | 07/10/18 | K | | |
| 84. | | | | | Buy (add'l) | 08/29/18 | J | | |
| 85. | | | | | Sold (part) | 10/15/18 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 11/28/18 | K | | |
| 87. Essex Property Trust REIT | | None | | | Sold | 06/06/18 | J | A | |
| 88. Ventas Inc | A | Dividend | J | T | | | | | |
| 89. Booking Holdings Inc. (formerly Priceline Group) | | None | J | T | | | | | |
| 90. Make My Trip Limited | | None | J | T | Buy | 10/26/18 | J | | |
| 91. Energy Select Sector SPDR ETF | A | Dividend | J | T | Buy | 11/28/18 | J | | |
| 92. Ishares IBonds Dec. 2023 Muni Bond ETF | B | Interest | L | T | Buy | 01/12/18 | L | | |
| 93. Ishares MSCI Singapore | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 94. Ishares MSCI Thailand | A | Dividend | J | T | Buy | 12/21/18 | J | | |
| 95. Select Sector Health Care SPDR ETF | A | Dividend | K | T | Buy | 11/28/18 | K | | |
| 96. Select Sector Utilities SPDR ETF | A | Dividend | K | T | Buy | 01/10/18 | J | | |
| 97. Vanguard Consumer Discretionary ETF | A | Dividend | J | T | Buy | 01/10/18 | K | | |
| 98. | | | | | Sold (part) | 12/21/18 | J | | |
| 99. Vanguard Financials ETF | A | Dividend | J | T | Buy | 05/10/18 | J | | |
| 100. Wisdom Tree Floating Rate Treasury ETF | A | Dividend | K | T | Buy | 12/21/18 | K | | |
| 101. XTrackers MSCI ALCha EQY ETF | A | Dividend | J | T | Buy | 10/15/18 | J | | |
| 102. | | | | | Buy (add'l) | 11/14/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Guggenheim Bulletshares 2018 Corp. Bond ETF | | None | | | Buy | 02/08/18 | J | | |
| 104. | | | | | Sold | 10/26/18 | J | A | |
| 105. XTrackers Hrvst CSI 300 China A Shr. ETF | | None | | | Buy | 05/10/18 | K | | |
| 106. | | | | | Sold | 10/13/18 | J | | |
| 107. Biogen | | None | | | Buy | 10/15/18 | J | | |
| 108. | | | | | Sold | 11/28/18 | J | | |
| 109. Allergen | | None | | | Buy | 01/18/18 | K | | |
| 110. | | | | | Sold | 11/28/18 | J | | |
| 111. Ishares MSCI Emerging Markets ETF | | None | | | Buy | 10/15/18 | K | | |
| 112. | | | | | Sold | 11/28/18 | K | A | |
| 113. SPDR Gold Minishares ETF | | None | | | Buy | 10/15/18 | L | | |
| 114. | | | | | Sold | 11/28/18 | L | | |
| 115. Invesco S&P 500 Equal Weight Real Estate ETF | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 116. Invesco S&P 500 Equal Weight Technology ETF | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 117. Invesco S&P 500 Equal Weight Utilities ETF | A | Dividend | J | T | Buy | 01/11/18 | J | | |
| 118. Columbia Sportwear | A | Dividend | J | T | Buy | 12/20/18 | J | | |
| 119. HCA Healthcare Inc. | A | Dividend | J | T | Buy | 12/20/18 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/08/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  US Treasury Bill 19 U.S. T-Bill Due 6/20/19 | | None | O | T | Buy | 12/20/18 | O | | |
| 121.  Clark County, NV SD 5% 19 GO LTX Due 6/15/19 | C | Interest | L | T | Buy | 10/16/18 | L | | |
| 122. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gordon, Andrew P. | 05/08/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, lines 1 and 2 re Trust #1: I and my ▮▮▮▮ are co-trustees of a trust that has been segregated into four cash accounts, one for each of me and three of my ▮▮▮▮. The aggregate amount of those combined cash accounts is reflected in Column C(1). My separate account would be a Category M.

2) Part VII, line 24: I discovered that last year I listed this investment (Guggenheim S&P 500 Equial Weight Con ETF) twice, in lines 21 and 87 of last year's report. Therefore, I have deleted the second listing this year, so it shows up only on line 24 of this report.

3) Part VII, line 92: Last year I listed Priceline Group on line 32. In 2018, Priceline reorganized and is now called Booking Holdings, Inc. Thus, I deleted Priceline from my report and added Booking Holdings.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Andrew P. Gordon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544